UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-CR-116-3-F

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JEREMY NORDAN, | ) | |
| Defendant. | ) | |

On March 7, 2012, this court entered an order [DE-265] allowing Nordan's motion for a copy of his transcript. Nordan also wanted the court to order his trial counsel to give him another copy of her "file" and correspondence because the first copy she had given him had been "destroyed," apparently when he entered Bureau of Prisons custody. Nordan points out that this court has determined him to be indigent, and complains that his trial counsel has demanded $50.00 to make another copy of her file for him. The order did not, however, include that directive.

Nordan has renewed his request for another copy of his trial counsel's file at government expense. *See* Letter/motion [DE-268]. Upon review, and in light of approval of Nordan's request for another copy of his transcript, the court DENIES Nordan's demand for a second copy of his trial counsel's "file" and correspondence. There are no proceedings now pending in this court in which Nordan is a party. Nordan's letter/motion [DE-268] seeking a court order directing his former court-appointed lawyer to produce another copy of her "file" to him at no expense or at government expense is DENIED.

**Nordan is CAUTIONED that any future requests for relief from this court must be presented in the form of a motion in compliance with the Local Rules of this court and the governing federal rules of procedure. The court will not continue to treat Nordan's letters as motions.**

SO ORDERED.

This, the 30th day of March, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge